JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Massachusetts    **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf.: X
- Case No.: 20-cr-10041-PBS
- Same Defendant: X
- New Defendant: ___
- Magistrate Judge Case Number: 20-mj-02263-MBB
- Search Warrant Case Number: 19-mj 2290, 2453, 2564, 2565
- R 20/R 40 from District of: ___

**Defendant Information:**

- Defendant Name: Bruce Brown    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: "Arki"
- Address: (City & State) 99 Wayland Street, Dorchester, MA
- Birth date (Yr only): 1978   SSN (last4#): 6914   Sex: M   Race: Black   Nationality: ___
- Defense Counsel if known: Daniel Reilly    Address: Brad Bailey Law Firm
- Bar Number: ___

**U.S. Attorney Information:**

- AUSA: Mackenzie A. Queenin    Bar Number if applicable: 688114
- Interpreter: ☐ Yes ☑ No   List language and/or dialect: ___
- Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
- Matter to be SEALED: ☑ Yes ☐ No
- ☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

- Arrest Date: 02/18/2020
- ☑ Already in Federal Custody as of 02/18/2020 in ___
- ☐ Already in State Custody at —   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 11

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/21/2020    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): 20-cr-10041-PBS

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 1594 (c) | Conspiracy to Commit Sex Trafficking | I, II |
| Set 2 | 18 USC § 1591(a)(1), (b)(1) | Sex Trafficking by Force Fraud and Coercion | III, V, VI, VII, VIII |
| Set 3 | 18 USC §1591(a)(1),(b)(1),(2) | Sex Trafficking of Minor by Force Fraud and Coercion | IV |
| Set 4 | 18 USC §2423(a) | Transportation of Minor with Intent to Engage in Criminal Sexual Activity | IX |
| Set 5 | 18 USC §1503 | Obstruction of Justice | X |
| Set 6 | 18 USC §1512 | Attempted Witness Tampering | XI |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____