JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Massachusetts    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. X    Case No. 20-cr-10041-PBS
Same Defendant ___    New Defendant X
Magistrate Judge Case Number 20-mj-02263-MBB
Search Warrant Case Number 19-mj 2290, 2453, 2564, 2565
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name: Muriel Close    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: (City & State) 87 Winthrop St Apt 2 Rehoboth, MA

Birth date (Yr only): 1978    SSN (last4#): 5489    Sex: F    Race: ___    Nationality: ___

**Defense Counsel if known:** Inga Bernstein    Address: Zalkind Duncan & Bernstein LLP

**Bar Number:** ___

**U.S. Attorney Information:**

**AUSA** Mackenzie A. Queenin    Bar Number if applicable 688114

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 11

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/21/2020    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 20-cr-10041-PBS

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1594 (c) | Conspiracy to Commit Sex Trafficking | I, II |
| Set 2 | 18 USC § 1591(a)(1), (b)(1) | Sex Trafficking by Force Fraud and Coercion | III, V, VI, VII, VIII |
| Set 3 | 18 USC §1591(a)(1),(b)(1),(2) | Sex Trafficking of Minor by Force Fraud and Coercion | IV |
| Set 4 | 18 USC §2423(a) | Transportation of Minor with Intent to Engage in Criminal Sexual Activity | IX |
| Set 5 | 18 USC §1503 | Obstruction of Justice | X |
| Set 6 | 18 USC §1512 | Attempted Witness Tampering | XI |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____