UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 20-CR-10041-PBS |
| v. | ) | |
| | ) | |
| BRUCE BROWN | ) | |
| | ) | |
| Defendant. | ) | |

## THE UNITED STATES OF AMERICA'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY

The United States hereby provides notice of its intent to introduce expert testimony from Special Agent James E. Hardie with the Federal Bureau of Investigation ("FBI") who has extensive experience in sex trafficking investigations, in order to assist the jury in understanding the evidence in this case. *See United States v. Taylor,* 239 F.3d 994, 998 (9th Cir. 2001) ("[T]he relationship between prostitutes and pimps is not the subject of common knowledge … A trier of fact who is in the dark about that relationship may be unprepared to assess the veracity of an alleged pimp, prostitute, or other witness testifying about prostitution.").

The United States expects that Special Agent Hardie will be qualified to testify as an expert about the common dynamics that occur in the operation of sex trafficking, including: (1) terminology commonly used in the sex trafficking subculture and common dynamics in sex trafficking organizations; (2) the typical means sex traffickers use to target and recruit victims; (3) contributing factors that can make victims more susceptible to influence by sex traffickers; (4) common ways sex traffickers use force, fraud, and coercion to maintain control over victims' actions; and (5) common dynamics between sex traffickers and their victims.

## TRAINING AND QUALIFICATION

James Hardie currently serves as a Supervisory Special Agent with the FBI's National

Center for the Analysis of Violent Crime, Behavioral Analysis Unit ("BAU") – 3, where he is responsible for providing operational support to local, state, federal, and international law enforcement investigating crimes against children matters, including sex trafficking. Special Agent Hardie has investigated sex trafficking offenses involving both minor and adult victims since 2008. From 2008 to 2013, he served as the coordinator of the FBI's Violent Crimes Against Children Task Force in Toledo, Ohio. From 2013 to 2015, he served at the FBI's representative to the National Center for Missing and Exploited Children, and he coordinated sex trafficking reporting between the National Center and the FBI's 71 child exploitation task forces. From 2015 to 2017, Special Agent Hardie returned to the Toledo office and continued to supervise sex trafficking investigations. Special Agent Hardie has participated in numerous national sex trafficking stings in other jurisdictions, including events such as the Super Bowl. Over the course of his career, Special Agent Hardie has interviewed hundreds of individuals involved in prostitution to include numerous child and adult victims of sex trafficking, as well as approximately two dozen traffickers and individuals at high levels within sex trafficking organizations

Additionally, Special Agent Hardie has participated in various trainings regarding dynamics in sex trafficking operations. He attends trainings regarding sex trafficking on at least a yearly basis, and he often attends numerous trainings in a year. He has received specialized training in interviewing minor victims of sex trafficking, and the techniques learned in those trainings apply to adult victims. Special Agent Hardie has also given numerous trainings regarding sex trafficking, including the Advanced Sex Trafficking Investigations course for the Ohio Peace Officer's Training Academy. Special Agent Hardie has provided trainings and presentations

regarding sex trafficking at the request of the Department of Justice, and he has testified before the Ohio House of Representatives Judiciary and Ethics Committee regarding sex trafficking matters.

Special Agent Hardie has previously been qualified to testify as an expert in sex trafficking in sixteen federal trials and two state trials (see curriculum vitae for case information, attached hereto as Exhibit 1).

## SUMMARY OF TESTIMONY

The United States expects that Special Agent Hardie will testify concerning the following areas related to sex trafficking:

(1) The typical means sex traffickers use to target, recruit, manipulate, and maintain victims.  Special Agent Hardie will testify that there are different types of traffickers who use different methods to recruit and maintain sex trafficking victims.  Special Agent Hardie will explain that, in the beginning, traffickers commonly provide housing, food, affection and attention to make the victims feel admired and/or loved— a process referred to as "grooming." Special Agent Hardie will testify that the relationship often begins like a boyfriend/girlfriend dynamic between the victim and the trafficker. Special Agent Hardie will explain that traffickers often promise that, by engaging in acts of prostitution, the victim will be able to obtain what they want in life, including acquiring wealth. Special Agent Hardie will also describe how traffickers use victims to recruit and maintain other victims.

(2) The types of victims who are commonly recruited by sex traffickers to participate in acts of prostitution. In general, Special Agent Hardie will testify that traffickers prey on vulnerable victims, and they attempt to ascertain whatever the victim desires in order to exploit that desire. For example, a sex trafficker will target young women who have very low self-esteem, lack familial support or otherwise feel unloved and unwanted, are in need of money or housing (or both), are addicted to or frequently use drugs or alcohol, and/or suffer from mental illness.

(3) Common ways that sex traffickers use force, fraud, and coercion to maintain control over victims' actions and to prevent victims from leaving the relationship. Special Agent Hardie will describe intimate partner violence as a means of control commonly used by traffickers. Intimate partner violence includes physical force, sexual assault, psychological manipulation, violence, social isolation, threats, and intimidation.

Special Agent Hardie will explain the concept of the "compliant victim" who may not leave a trafficking relationship even when the opportunity seemingly presents itself.

(4) Other methods, or combination of methods, commonly employed by a trafficker to control the women who work for him. Special Agent Hardie will explain that a "finesse pimp" or "Romeo pimp" is a trafficker who rules with his words and uses verbal manipulation to cause their victims to engage in acts of prostitution under their direction. Special Agent Hardie will also explain that a "gorilla pimp" or an "aggressive pimp" is a trafficker who uses force and violence to cause their victims to engage in acts of prostitution under their direction. Special Agent Hardie will explain that some traffickers go between being a finesse pimp and a gorilla pimp depending on the victim. Special Agent Hardie will testify regarding other methods that traffickers often use to control their victims, including, controlling the money earned by the victim at prostitution appointments and preying on a victim's insecurities or vulnerabilities.

(5) The common reactions of victims of sex trafficking to the abuse. Many victims continue to express love and loyalty toward their trafficker even after removed from the situation. Most minimize the number or extent of prostitution acts in which they engaged due to feelings of shame and embarrassment. Others express fear of their trafficker, but typically that occurs only after the victim has been removed from the trafficker's custody or care and feels safe from his grasp. And some victims express concern about being prosecuted themselves due to their participation in illegal conduct. For any of these reasons, victims of sex trafficking may not be completely forthcoming when questioned by law enforcement during the early stages of an investigation.

(6) That it is common that victims of sex trafficking do not feel free to go, and that victims often leave the trafficker only to return. Special Agent Hardie will testify that once a victim is groomed and engaging in acts of prostitution, often she feels that she is dependent on the trafficker. Special Agent Hardie will explain that it is common that sex traffickers instill in their victims a sense of fear that the trafficker will find the victim or her family if she tries to run away. Special Agent Hardie will testify regarding the term "automatic," which applies to victims who appear to have freedom in that they drive themselves to appointments, but in reality, they are conditioned to automatically return to their trafficker and give him the proceeds from any appointments. Special Agent Hardie will testify that in their experience, the victims feel a sense of loyalty to their traffickers and they are often fearful of the consequences for failing to return. Special Agent Hardie will explain that when a victim is able to run away from her trafficker, she often leaves without any money or material belongings.

(7) Other information about the subculture of sex trafficking, including the meaning of certain code words employed by those who engage in prostitution or who solicit sexual acts in exchange for money. For example, Special Agent Hardie will testify that a "bottom" tends to be the pimp's most trusted and loyal prostitute who is often used to groom other victims, help set up prostitution appointments, and dole out punishment.

A "trick" or a "john" are common terms used to refer to clients.  The "game" is a term used to describe the lifestyle of sex trafficking "Branding" is a common phrase for the act of tattooing victims to identify them as property of a particular pimp.

(8) The logistics of a sex trafficking operation. Special Agent Hardie will explain that advertisements are often placed on online websites, and victims engage in either "in calls" (when the client meets the victim at the victim's designated location) or "out calls" (when the victim visits the client at the client's designated location).  Special Agent Hardie will also testify about the term "track," which is a geographical location where prostitution is prevalent that victims will be directed to go to by their trafficker in order to pick up clients or Johns.  Special Agent Hardie will testify regarding rules commonly imposed upon victims by their traffickers, including that victims provide all or nearly all of the proceeds of the trafficking to the trafficker.

Special Agent Hardie will not testify about the credibility of the victims or witnesses. In fact, Special Agent Hardie has never met the victims, nor have they viewed any statements of the victims. Special Agent Hardie will not interview the victims before trial. Special Agent Hardie will testify as to sex trafficking victims in general terms, not the behavior exhibited by the victims in this case. Special Agent Hardie may also be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence already presented at trial.

## REQUEST FOR NOTICE REGARDING DEFENSE EXPERTS

This disclosure of an expert witness also serves as the United States' request for notice of expert testimony by the Defendant, pursuant to Federal Rules of Criminal Procedure 16. Specifically, the Government requests that the Defendant disclose to the Government a written summary of testimony that the Defendant intends to present at trial pursuant to Federal Rules of Evidence 702, 703, and 705.

Respectfully submitted,

Nathaniel R. Mendell
Acting United States Attorney

By: /s/ J. Mackenzie Duane
J. Mackenzie Duane
Mackenzie A. Queenin
Assistant United States Attorneys
One Courthouse Way, Suite 9200
(617) 748-3654
mackenzie.duane@usdoj.gov

6

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on October 20, 2021.

/s/ <u>*J. Mackenzie Duane*</u>
J. Mackenzie Duane
Assistant United States Attorney
